**2003–2092.  In re Protests Filed with Summit Cty. Bd. of Elections.**
Summit App. No. 21526, 2003-Ohio-5610. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–2113.  In re Protest of Brooks Regarding Initiative Petition on the Ohio Prescription Drug Fair Pricing Act.**
Stark App. No. 2003CA00130, 2003-Ohio-5765. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–2139.  State ex rel. ATCO–Beacon Edn. Assn., OEA/NEA v. Athens Cty. Bd. of Mental Retardation & Developmental Disabilities.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–2191.  Mackie v. Continental Ins. Co.**
Franklin App. Nos. 02AP–1305 and 02AP–1306, 2003-Ohio-6188. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *1/13/2004 Case Announcements #2*, 2004-Ohio-106.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 13, 2004*

## MOTION AND PROCEDURAL RULINGS

**2003–2001.  State ex rel. Reno v. Moore.**
Montgomery App. No. 20133. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion for stay of municipal court trial set for January 14, 2004,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

MOYER, C.J., and O'DONNELL, J., dissent.

**2003–2059.  Toledo v. Kim's Auto & Truck Serv., Inc.**
Lucas App. No. L–02–1318, 2003-Ohio-5604. This cause is pending before the court as discretionary appeal and claimed appeal of right from the Court of Appeals for Lucas County. Upon consideration of appellant's motion for stay of court of appeals judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

RESNICK and F.E. SWEENEY, JJ., dissent.